# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *INITIAL APPEARANCE/ARRAIGNMENT & SCHEDULING*

USA vs **Brandy D. Hilton**    Date: February 13, 2020

Case No. **2:20-CR-9**    Time 9:10 to 9:25

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | Andrew Cheatham Parker |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY |
|---|---|
| Brandy D. Hilton | Donald E. Spurrell |

PROCEEDINGS:    Arrest Date: 12/12/20

☑ Defendant sworn  ☑ Defendant found competent

☑ Financial affidavit executed;  ☑ Counsel present and appointed;  ☐ Counsel to be retained

☑ Defendant advised of charges, penalties, and rights;  ☑ Copy of indictment provided to defense counsel by clerk

☑ Plea of not guilty entered to all charges

Dates selected and scheduled as follows:
Jury Trial: **April 21, 2020** at 9:00 a.m.
before the Honorable J. Ronnie Greer
Estimated length of trial 2 DAYS
Motion cut-off 2/28/20
Response deadline 3/13/20
Plea Bargain cut-off 4/7/20

☐ Agreement of government counsel to conditions of release

☐ Bond and Conditions of pretrial release set  ☐ Defendant advised of penalties for violations of pretrial release

☑ Oral motion by USA for detention  ☑ Detention hearing waived with right to hearing reserved

☐ Detention Hearing scheduled:    before the Honorable Cynthia Richardson Wyrick

☑ Defendant remanded to custody of U.S. Marshal  ☐ Defendant released on bond  ☐ Defendant remanded to custody for out-processing/pending completion of conditions

☑ Orders to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file:
dcr_2-20-CR-9_20200213_091141